**Robinson Galapin LAT, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–73464.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 19, 2010.

Jeremiah Johnson, Esquire, Reeves & Associates, APLC, San Francisco, CA, for Petitioner.

Jennifer L. Lightbody, Esquire, Oil, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Robinson Galapin Lat, a native and citizen of the Philippines, petitions for review of the Board of Immigration Appeals' ("BIA") order sustaining the government's appeal from an immigration judge's decision granting Lat cancellation of removal for legal permanent residents. We dismiss the petition for review.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We lack jurisdiction to review the BIA's discretionary denial of Lat's application for cancellation of removal. See 8 U.S.C. § 1252(a)(2)(B)(i).

We also lack jurisdiction over Lat's constitutional challenges to 8 U.S.C. § 1252(a)(2)(B)(i), because in light of our precedent the claims are not colorable. See De Mercado v. Mukasey, 566 F.3d 810, 816 (9th Cir.2009); Kalaw v. INS, 133 F.3d 1147, 1152 (9th Cir.1997), superseded by statute on other grounds as stated in Trejo–Mejia v. Holder, 593 F.3d 913, 915 (9th Cir.2010).

**PETITION FOR REVIEW DISMISSED.**